| | | | |
|---|---|---|---|
| Trustee Name, Address, Phone, Fax, Email:<br>Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | | For court use only<br><br>FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2019 NOV 29 A 10: 53<br>MICHAEL B. DOWLING<br>CLERK OF COURT | |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | | Case No.: **14-01150** | |
| In re:<br>**PATRICE MARIE JACKSON**<br><br>Debtor(s). | | Chapter: **13** | |
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** | | | |
| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | | $ 40,134.38 | |

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **014** | FAY SERVICING, LLC<br>939 W. NORTH AVENUE, SUITE 680<br>CHICAGO, IL 60642 | $ 339,353.77 | $ 40,134.38 |
| | | $ | $ |
| | | $ | $ |

[*Attach continuation sheets if necessary.*]

Date: November 29, 2019      /s/ _____
                                                                Trustee

hib_3011      5/05